AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### Eastern District of Arkansas

SUSAN STEVENS

                                                JUDGMENT IN A CIVIL CASE

v.

ALLTEL COMMUNICATIONS INC.

                                        CASE NUMBER:   4:03CV00174 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of defendant and against plaintiff.

August 15, 2005                                                           James W. McCormack
*Date*                                                                         *Clerk*

                                                                                             /s/  Patricia L. Murray
                                                                                             *(By) Deputy Clerk*